**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **ED CV 22-1858-JFW(SPx)** | Date: October 2, 2023 |
| Title: | C.P. -v- Costco Wholesale Corporation, et al. | |

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF A MINOR [filed 9/20/2023; Docket No. 60]

   On September 20, 2023, Petitioner Henry Paiz, as guardian ad litem for Plaintiff C.P., a minor, filed a Petition for Order Approving Compromise of the Claim of a Minor. No Opposition was filed. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. After considering the moving papers, and the arguments therein, the Court rules as follows:

   The Court concludes that the proposed compromise is fair, reasonable, and in the best interest of C.P. Accordingly, the Petition for Order Approving Compromise of the Claim of a Minor is **GRANTED**. The Court signs, **as modified**, the proposed Order Re: Petition for Order Approving Compromise of the Claim lodged with the Court on September 20, 2023 (Docket No. 60-4).


   IT IS SO ORDERED.