Note Changes Made by Court

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.P., a minor by and through her Guardian Ad Litem, Henry Paiz,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendants. | CASE NO.: 5:22-cv-01858-JFW-(SPx)<br>*[Assigned to the Hon. John F. Walter]*<br><br>**ORDER RE: PETITION FOR ORDER APPROVING COMPROMISE OF THE CLAIM OF A MINOR**<br><br>Complaint: October 21, 2022<br>Trial Date: None Set |

GOOD CAUSE APPEARING, the Petition for Compromise of the Claim of Minor, C.P., submitted by Petitioner and Guardian Ad Litem, Henry Paiz, is hereby approved as follows:

1. That Defendant Costco Wholesale Corporation has settled the claim of Plaintiff C.P., for $45,000.00;

2. That the combined attorneys' fees and costs requested by Attorney John C. Ye is in the amount of $13,189.93.

LAW OFFICES OF JOHN C. YE, APLC
3030 W. 6TH STREET
LOS ANGELES, CA 90020

3. That the following medical liens shall be paid out of the gross settlement amount:

    a. $74.40 payable to Department of Healthcare Services; and

    b. $8,000.00 payable to Dr. Stanley Goodman.

4. That the net settlement proceeds to the Plaintiff C.P. amount to $23,735.67;

5. That Petitioner and Guardian Ad Litem, Henry Paiz, is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement;

6. That the net settlement proceeds will be deposited into an interest-bearing, federally insured blocked account with Wells Fargo Bank located at 12527 Hesperia Rd, Victorville, CA 92395;

7. That the court-blocked account must be opened in the legal name of the petitioner as guardian ad litem for minor C.P.;

8. That the total amount authorized for deposit, including any accrued interest, is $23,735.67;

9. That the funds in the blocked account belong to a minor, who was born on 6-21-2012. No withdrawal of principal or interest may be made from the blocked account without a written order under this case name and number signed by a judicial officer and file-stamped by this court until the minor reaches 18 years of age. When the minor reaches 18 years of age, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, on proper demand, all funds, including interest, deposited under this order. The money on deposit is not subject to escheat; and

10. That a certified or filed endorsed copy of this Order shall be delivered to a manager at the financial institution where the funds are to be deposited, and that a receipt from the financial institution shall be filed within forty-five (45) days from the issuance of this Order, acknowledging receipt of both the funds deposited and this Order.

IT IS SO ORDERED.

DATED: October 2, 2023

Hon. John F. Walter
United States District Court